**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | CASE NO.  2:24-CR-00009-JRG-RSP (2) |
| | § | |
| RECO TYRONE HAYES, | § | |
| | § | |
| | § | |

## <u>MEMORANDUM OPINION AND ORDER</u>

The Court held a Pretrial Conference in the above-captioned case on April 17, 2026. This Order memorializes the agreements reached and orders issued at the Pretrial Conference:

1. Defendant agreed to waive a personal appearance at the arraignment and stated his intent to enter a plea of "not guilty." Such agreement was memorialized on the docket following the Conference. (*See* Dkt. Nos. 382, 383.)

2. Defendant confirmed there is no objection to the First Superseding Indictment (Dkt. No. 362), the Government's Disclosure and Notice of Intent to Call Expert Witnesses (Dkt. No. 359), the Government's Notice of Intent to Offer Business Records Via Affidavit Pursuant to Federal Rule of Evidence 902(11) (Dkt. No. 360), the Government's Motions in Limine (Dkt. No. 361), the Government's Ex Parte Trial Brief (Dkt. No. 378), the Government's Exhibit List (Dkt. No. 378-1), or the Government's Trial Witness List (Dkt. No. 378-2).

3. The Court took up the Government's Alternative 404(b) Notice (Dkt. No. 369) and Defendant's Notice of Objections to 404(b) Extraneous Evidence (Dkt. No. 375). The Court's ruling on Dkt. Nos. 369 and 375 is memorialized separately at Dkt. No. 384.

4. The Government confirmed there is no objection to Defendant's Motion in Limine #1 (Dkt. No. 371) or Defendant's Motion in Limine #2 (Dkt. No. 372).

5. The Parties confirmed that they had reached and executed an agreement which resolved Defendant's Motion to Require the Government to Reveal Any Agreement(s) Entered Into With Fact Witnesses (Dkt. No. 373).

6. The Parties confirmed they have agreed upon the proposed jury instructions and verdict form (Dkt. No. 370).

**So ORDERED and SIGNED this 20th day of April, 2026.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE

2